FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 20 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JUAN MCCLENDON ) | |
| PLAINTIFF, ) | |
| vs. ) | Case No. 4:15cv651-SWW |
| HARDEESS ) | JURY TRIAL DEMAND |
| NICHOLAS SHURGOT, C.E.O. ) | |
| DEFENDANTS, ) | This case assigned to District Judge Wright and to Magistrate Judge Kearney |

## COMPLAINT

COMES NOW the Plaintiff, Juan McClendon, ("Plaintiff") one of the People of the United States of America, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses. Plaintiff hereby states that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein as duly noted are true, correct, complete, and presented in good faith so help me God. "Plainfiff" states as follows:

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, and to provide appropriate relief to Juan McClendon who was adversely affected by such practices. As alleged with greater particularity below, the Plaintiff alleges that Defendant Hardees, subjected Mr. Juan McClendon to a hostile work environment based on race, black.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 210 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(t)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(t)(1) and (3) ("Title VII").

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Arkansas.

## PARTIES

3. Plaintiff, Juan McClendon (the "Plaintiff"), one of the People of The United States of America, who is neutral in the public, who was a employee of Hardees during the year of 2015 4. At all relevant times, Defendant, Hardees (the "Employer"), has continuously been an Arkansas corporation doing business in the State of Arkansas and the City of Searcy, and has continuously had at least 15 employees. 5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000 e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Juan McClendon, filed a charge with the Commission alleging violations of Title VII by Defendant Employer. 7. All conditions precedent to the initiation of this lawsuit have been fulfilled. 8. Since at least February

2015, Defendant Employer has engaged in unlawful employment practices at its Searcy, Arkansas restaurant, in violation of §703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

9. The unlawful employment practices involved subjecting Mr. McClendon to a hostile work environment because of his race.

> a. Mr. McClendon worked for Defendant as a Cashier from February 2015 and was told by his manager Billie Tucker that she would call him back with his work schedule for the new work week however she never called him back with his new work schedule.
>
> b. During his tenure with Hardees Ms. Tucker continually displayed fits of rage, condensing tones, and belitiling of African-American employees.
>
> c. Defendant failed to take proper remedial action to protect McClendon from racial harassment.
>
> e. The unwelcome racial harassment was sufficiently severe or pervasive to alter the terms and conditions of McClendon's employment and to create an abusive working environment.

10. The effect of the practice(s) complained of in paragraph 9 above has been to deprive Juan McClendon of equal employment opportunities and otherwise adversely affect his status as an employee because of his race.

11. The unlawful employment practices complained of in paragraph 9 above were intentional.

12. The unlawful employment practices complained of in paragraph 9 above were done with malice or with reckless indifference to the federally protected rights of Juan McClendon.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Plaintiff respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in employment practices that create a hostile work environment.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for African Americans, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Juan McClendon, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 9 above, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Juan McClendon by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 9 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

E. Order Defendent Employer to pay Juan McClendon punitive damages for its malicious and reckless conduct described in paragraph 9 above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Plaintiff its costs of this action.

## JURY TRIAL DEMAND

The Plaintiff requests a jury trial on all questions of fact raised by his complaint.

Respectfully Submitted,   10/20/15

Juan McClendon, Pro Se
PO Box 254
Kensett, AR 72082
PH:501-697-1283/ Email:sanjuan_72032@yahoo.com



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

1. **Personal Information**
Last Name: McClendon   First Name: Juan   MI:
Street or Mailing Address: PO Box 254   Apt Or Unit #:
City: Kensett   County: White   State: AR   ZIP: 72082
Phone Numbers: Home: ( 501 ) 697-1283   Work: (   )
Cell: (   )   Email Address: makkrossthaboss@gmail.com
Date of Birth: 01-31-1976   Sex: Male [X]   Female [ ]   Do You Have a Disability? [ ] Yes  [X] No
Please answer each of the next three questions.   i. Are you Hispanic or Latino?  [X] Yes  [ ] No
ii. What is your Race? Please choose all that apply.   [ ] American Indian or Alaska Native   [ ] Asian   [ ] White
[X] Black or African American   [ ] Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)?
**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**
Name: Alejandra Braxton   Relationship: sister
Address: Ruselville   City: Ruselville   State: AR   Zip Code:
Home Phone: ( 501 ) 908-9284   Other Phone: (   )

2. **I believe that I was discriminated against by the following organization(s):** (Check those that apply)
[X] Employer   [ ] Union   [ ] Employment Agency   [ ] Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here [ ] and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**
Organization Name: Hardee's
Address: 2997 East Race Avenue   County: White
City: Searcy   State: AR   Zip: 72143   Phone: ( 501 ) 268-4858
Type of Business: food service   Job Location if different from Org. Address:
Human Resources Director or Owner Name: Nicholas Shurgot   Phone: 310-658-0428
Number of Employees in the Organization at All Locations: Please Check (√) One
[ ] Fewer Than 15   [X] 15 - 100   [ ] 101 - 200   [ ] 201 - 500   [ ] More than 500

3. **Your Employment Data** (Complete as many items as you can)   Are you a Federal Employee? [ ] Yes  [X] No
Date Hired: January 2015   Job Title At Hire: Cashier
Pay Rate When Hired: $7.50 per hour   Last or Current Pay Rate: $7.50 per hour
Job Title at Time of Alleged Discrimination: Cashier   Date Quit/Discharged: n/a
Name and Title of Immediate Supervisor: Billie Tucker

2

**If Job Applicant**, Date You Applied for Job _____  Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race   ☒ Sex   ☐ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 02/13/2015-accused     Action: Billie Tucker-General Manager

Name and Title of Person(s) Responsible:

B) Date: 02/13/2015     Action: Billie Tucker-I was stereotyped and accused for being a man.

Name and Title of Person(s) Responsible: Billie Tucker/General Manager

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
See additional page

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
Billie Tucker...please see additional page

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

EEOC Form 161 (11/09)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Juan McClendon<br>Po Box 254<br>Kensett, AR 72082 | From: Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2015-00674 | **Margie Myers,** Investigator | (501) 324-6214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*
William A. Cash, Jr.,
Area Office Director

JUL 28 2015
(Date Mailed)

Enclosures(s)

cc:  Nicholas Shurgot          Phil Campbell
     Owner                     FUQUA CAMPBELL, P.A.
     HARDEES                   Riviera Tower
     2997 East Race Ave        3700 Cantrell Rd, Suite 205
     Searcy, AR 72143          Little Rock, AR 72202