IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JUAN McCLENDON | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:15CV00651 SWW |
| SADDLE PEAK LLC, d/b/a | * |
| HARDEE'S RESTAURANT | * |
| | * |
| Defendant | * |

## ORDER

Before the Court is Plaintiff's motion [ECF No. 19] requesting extended discovery and Defendant's response in opposition [ECF No. 20]. Plaintiff states that he requires additional time to discover the whereabouts of a potential witness named Joseph. Defendant responds that upon receiving Plaintiff's motion, it provided him the full name and last-know address of the individual in question. Accordingly, Plaintiff's motion will be denied as moot.

IT IS THEREFORE ORDERED that Plaintiff's motion for extended discovery [ECF No. 19] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk is directed to change the record to reflect Defendant's correct name: Saddle Peak LLC, d/b/a Hardee's Restaurant.

IT IS SO ORDERED THIS 12TH DAY OF JULY, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE